# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00816-CV

**In re Julie Shodrok**

---

### ORIGINAL PROCEEDING FROM NUECES COUNTY

---

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.[1] *See* Tex. R. App. P. 52.8(a).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Theofanis and Crump

Filed: March 4, 2026

---

[1] We deny real party in interest's motion to strike the petition in intervention of the Attorney General of Texas.